KENMARE HARD COAL, BRICK & TILE COMPANY v. J. H. KERRICK.[1]

May 24, 1907.

Nos. 15,268—(133).

Action in the municipal court of Minneapolis to recover $150. The case was tried before Waite, J., who found in favor of plaintiff for $28.88. From an order denying a motion for a new trial plaintiff appealed. Affirmed.

*J. Van Valkenburg,* for appellant.

*Stevens & Stevens,* for respondent.

PER CURIAM.

The only question in this case is whether the evidence sustains the findings of the trial court, or, in other words, whether the evidence is clearly and palpably against the findings. Our conclusion is that there is evidence to support the findings, and the order appealed from must be affirmed. It would serve no useful purpose as a precedent to discuss the evidence.

Order affirmed.